Thank you your honor if I may reserve five minutes for a rebuttal time sure if it pleases the court good morning This is a case Here mr. Timothy last I'm sorry yes to be with this from Haley on behalf of Bruce doing the appellant and plaintiff in the underlying Action with me as my colleague Patricia Halstead Your honor this is a case that arises from the district courts dismissal under 12b 6 of 16 underlying Claims raised by my client that related to his employment and extension of Stock options in a publicly traded gaming company located in both Reno and Las Vegas in terms of its actual operations The company issuing the stocks as it's headquarters in West Virginia and is a Delaware company The focus of the claims themselves of the 16 claims 10 of them are contract claims Six of them are tort claims the underlying dismissal by the district court the Honorable Edward Reed on June 3rd 2002 seemed to focus and as stated in the briefs shifted the burden heavily on to the plaintiff relative to what I would characterize as a Missability of evidence claims and assumptions of what the facts would show Notwithstanding the pleadings that were filed by the plaintiff and In each instance, I believe showed that consideration and if you read it as a prima facie case Accepting it as we must on a 12b 6 standard the allegations are true and construed in the light most favorable to my client Would have led the court to the conclusion that well this case may not be the strongest case in the court's eyes at least Passes the threshold of a motion to dismiss and allows the court then to make the proper findings of fact because as the court well knows even if there is an issue of law relative to a contract interpretation an Issue of law is predicate upon some type of factual basis and analysis of the court must do and at first blush on a motion To dismiss all the court has before it is the claims and allegations that are set forth by the plaintiff To which puts the defendant on notice of what those claims are and what is going to be the focus of discovery? I think that was adequately done in the hundred and twenty-eight paragraph complaint that was filed before the court below Can I get past the 12b 6 and I think we're okay in terms of how much has to be shown on a 12b 6 And I'd rather just get to the substance of what we're about here. Yeah, and you may be able to help me understanding the first often Helping to understand the practical consequences of registering or not registering the stock options What what's the benefit from registering the registration then allows a person who receives that option to? Freely sell it in the market and if he and if they're not registered if they're not registered You have to have a number of very specific exemptions that even allows you to buy it in the first place Then it is not sellable again with again with few exceptions for another year However in the intervening time assuming that one of those exceptions would apply and allow you to buy the stock in the first place You are immediately hit with an income distribution on the gain of that stock for example My client's situation where the stock at June 1st, and I'm going to use that number just because I did the calculations And it happened to know kind of where that comes out at the the stock was about nine dollars and eighty six cents or eighty one cents a share the 100,000 shares that he could purchase were at two dollars and 250 respectively That would have been he would have had to have a purchase money of two hundred and twenty five thousand dollars You would deduct that then from a hundred thousand times 989 would give you about seven hundred and $60,000 in ordinary income Taxable at the highest rate, which is just below 40% means that you have an immediate IRS bill of about three hundred and seventy Okay, I have to prove whether or not it's registered correct your honor so immediately the question you got off track The question was what difference does it make if it's registered or not? And I think the point you're trying to make is that in order to pay the tax bill He would have to sell some of it in order to pay the taxes if it's registered He could sell it if it's not registered. He could not that's correct. Well. You didn't say that you were rambling on okay I'm I apologize and at the end of the year He can sell it is he restricted to as to whom he may sell it if it's not registered at the end of that He can sell it I see so that so that this is the advantage and disadvantage really is that he can't realize his tax money He has to get put come up with his tax money from somewhere else for a year That's correct And the cost then is the cost of having to pay the tax a year before you can realize the sale Plus the risk of the that it may go down in the interviewing period that's that's correct or the possible reward of it's going up Correct, okay, and there are issues that are I? Options in the record and in in general parlance with that without Referring to this case in particular. It's very common when you have the key key employees that they will register the stock That then allows them because they have these large games Okay And I'm going to brokerage houses who will then fund that difference immediately because they know they can turn the balance of that share So there's the person actually pocket something okay, I understand Ask you a question yes, your honor the district court in its order Referred to something that appears to be a defined term Now quoted exactly quote termination agreement and consulting agreement And that is a defined term apparently because it's in caps initial caps Is the consulting agreement in the record it is not your honor? Thank you Just Referenced in the order that was pointed out in the opposition that it was not included again It was pointed out in the briefs all right may I ask a question yes, your honor What contract do we look to to determine if doing has stated a cause of action? A sufficient claim under 12 these days we look to the agreement terminating the employment which we don't have Do we look to the non-qualified stock option agreements or all the agreements taken together Your honor there's there's actually it's a series of agreements. I could I would not call it one agreement There was the first employment agreement, which is part of the excerpt on record. It's To a tab I'm sorry we have it. I'm sorry The employment agreement, which is the June 1st 1998 is actually between mr. Doing in the subsidiary speakeasy gaming Reno, Inc Okay, but on on page three of the agreement 43 in the excerpt of the record it has the stock options which makes reference that the publicly traded parent is The one that is giving that additional consideration it speaks nothing about Whether it would be restricted or not I will grab that on the face of it you look at it It does talk about that these options will be exercisable for a period of five years from date of grant Then the next the next agreement in time is the May 2000 termination agreement, which is Exhibit D starts on page 58 in the excerpt of record Under that agreement it makes reference to the fact that the board of NTR had already granted options Didn't require mr. Doing to sign anything Did not require him to sign anything stated in the complaint had already granted in 99 and 2000 the options The the termination agreement What's effectively terminated as general manager based upon his letter recommend a letter of resignation? Makes reference that the two dollar options were granted doesn't say anything about having to do an NQ so Okay in the third recital it says whereas the 250 would be subject to a form of NQ so It's on page 58 of the excerpt for record Then subsequently another six months passed I will tell you the consulting agreement was executed as I understand it relatively contemporaneous in time with the termination Agreement or shortly thereafter that may not in the record. That's correct your honor. It is stated in the pleadings That's the one that's not in the record. The court makes reference to it in its order. I do not know why The NQ s o's then as is stated in the complaint Were brought to mr. Doing by the vice president And this is a key fact that there's some reason the court seems to also miss in its analysis by the general counsel so the attorney for MTR mr. Rubin brought those that's paragraph 18 In the extra of a record. I'm sorry in the complaints which is On page 9 and 10 page 15 has his actual title or excuse me paragraph 15 on extra for record 9 actually has his title The general counsel comes to mr. Doing after he's been queried several times about the promise to register I want to sell my stock and indicated well in order to do that. I need NQ s o's Okay, the NQ s o's are not are not integrated There's nothing that they can't be orally modified. He simply told as alleged in the complaint, which we have to accept He's told that these are necessary in order to register the stock. Oh, you're on the registration the form s 8 May I just ask another question? Yes, your consideration. Did you give? In return for NPR's alleged promise to register your stocks. Yes, sir. Well, they It's it's it wasn't per se raised below But on the face of it one can see that there are a change of terms when you do the NQ s o's for example The NQ s o is no longer grant my client five years from the date of issuance They go to the date of termination by an interlineation which on the face of it is only unilateral but on paragraph 2 on page 51 of the excerpt and On paragraph 2 page 54 of the excerpt you'll see that my client no longer has a five-year term for his options They run only through the date of his consulting agreement missing from the record That's part of though not specifically alleged within the complaint itself, but you can There are changes in my clients rights over time in the course of these agreements It does all relate back. I stated in the complaint. My client was Told that he would have a certain level of compensation the time of his employment in 98 He was granted it in 99 without any signing. He was granted it in 2000 again without any sign It's only when it comes back to this point where he wants to get the options that they come up with the NQ s o and Even by mr. Rubin standard and letter in response to when mr Dooling finally does retain counsel in November of 2000 and says you haven't registered him. I The the letter is not in the records I'm not going to explain all the things we're in but in terms of the complaint as it's stated is that it demanded That the stock be registered to which mr. Rubin goes back This is how you've always been on the register always been on the registration statement But we don't need to do it. We're taking you off all the other key employees. We're keeping them on They're all gonna they're all going to get the registered stock which in fact happened on December 14th Another key element that is in the complaint as alleged It was not per se always a unilateral right for my client to have his shares Registered not withstanding what happened to the key employee group but was to have the same treatment as the key employee group, which It's beyond kind of the scope of the pleading the back in 98 and is alleged throughout that there was a key employee group and That is stated in the complaint itself that he was always going to be treated the same and have his shares registered And and on what basis do you make that assertion? Where's that right comes out? And your honor that's Key options that's on extra for record 8 paragraph 11 talks about the key options and then on every come allegation The Right claims for you here On extra for record 12 through 15 paragraphs 33 38 48 and 53 as I understand Has all the same treatment? Party group and he was in the edge man. Yeah, and that's based on oral Consideration you're talking about is it Terms or is it promissory stop? You know what as his his On for example, the NQ so is in the face of them give him minute they and his Terminate the termination agreement and here's how You're answering the question I just like you to answer and to declare it is yeah Or turn for NPRS alleges Employment for my client and the execute Raymond complaint I will that's what I was in a second without the development of the You NQs those came correct on but he signed the agreement terminate point in the negotiations Or a doc, isn't that what you elect your art? All consideration, yes. Yes your honor. I'm sorry for not being consistent You Plea they missed the case law you don't breach of an express con Tort claim I'd covenant of good Parties which clients He spends that he could use me nothing and that's what the company get him what You Or the original state court complaint that was was a remove He's very liberal for federal please and that's what it's required to do. Okay, you say something when you're a I have a question for you. You don't represent the company, right? It's John Desmond for me. I call it Now come you'd be six You that the consultant was never put in them now the the terminate That was months before Q But both right and but just chronologically that's correct Plain that leading up to the agreement They don't worry. We'll register the stock. We have a knowing our in this agreement terminating any Merger club All right vision in the agreement We contradicted the presentation would register the stock if there is your honor beacon agreement and the employment group speak to Doing is not around when they get an opportunity to enter into a non-qualified stock option agreement to come later Well to come way back Didn't even exist at that time that the the obligation only referred to one of the two whereas clauses the two nothing The page tip Okay, you're right at least one Nine quality I read that this is modifying prior to your honor I don't believe it is well, it looks to me like an ambiguity at best In fact, I would I would if you ace the complaint disagree The subject to that not that parenthetical You Yourself at the exact moment in time that this employment was signed and taking every truth that under Nevada law nothing in this agreement that would have An oral promise that induced that they would I don't think that's correct your honor because you T98 he was under an existing or into a non-qualified stock option agreement. He was a quote in a Correct an appropriate option a non-qualified stock option agreement. It said an appointment. That's all it said I think it all but Like there isn't that I'm not red Sullivan. I see the citation here in your brief It's a Ninth Circuit case. Is it applying Nevada law? I Don't believe that it does but I don't believe that we have a case in Nevada that discusses back to integration factors, Your Honor The District Court below didn't rely on Sullivan did it? It did not the and the integration question was not brief before the district court Appellants never raised that these were not integrated agreements. That's an issue that's been raised for the first time on appeal Getting back to the parole evidence question very important point In the Butch Lewis case the Nevada Supreme Court as a threshold matter Found that that agreement to be far from a model of clarity as the district court found in this case And I think this court should find the NQSO agreements are unambiguous on their face So you really don't get to whether parole evidence of these alleged? Oral representations that took place between April and October of 2000 are admissible As to the question of whether promissory estoppel You're asking whether promissory estoppel may function as a consideration substitute here under the case of Van Cherry versus GNLB Corp another Nevada Supreme Court case And the Nevada Supreme Court stated that promissory estoppel is not a substitute for an agreement between the parties Which is essentially what they're asking this court to do here the offered parole evidence Which is directly at odds with the later writing it cannot be used as a consideration substitute Maybe you can help clear this up on my own mind you say Non-qualified stock option agreements are complete How do we know that unless we can decide the question of integration first? I think you have to decide the question of integration first, which I think can be done as a matter of law under Sullivan If we decide it's not integrated it clearly has to go back This is a 12 v 6 it was sort of treated in my mind and maybe I'm wrong about this like a summary judgment and I Don't believe that it was your honor. I believe that the district court if you look closely at the allegations of the complaint I believe that the district court took all of those allegations in the best light to plaintiffs as is required by 12 v 6 and Applied an appropriate standard. I don't think the district court weighed evidence. There's nothing that could be Elicited through discovery that would change the language of the contracts in this case, and I think that's the key point Thank you In terms of the intentional infliction of emotional distress claim I think if you look at a long line of Nevada Supreme Court cases in Cases where the alleged emotional distress is not secondary to physical injuries as it is not here The Supreme Court has always required a higher showing of physical impact or physical injury and in fact in a 2000 case all of arrow versus low the Nevada Supreme Court articulated that an intentional infliction of emotional distress cases it is a pleading requirement that physical impact or injury be in the complaint not a proof requirement and Plaintiff doesn't say yes, we've we've Articulated a physical impact or injury. They just simply state that we've satisfied the Elements of the case, but I submit to you that they have not Okay, thank you any more questions from the bench. Thank you very much for your argument In Regards to the question of ambiguity as stated in part though. It's not I don't think in either brief Frankly though it's on the face of the complaint that the the underlying agreements to which to be simply there's an ambiguity were Drafted by and it's not disputed as part of the record because it is in the complaint we're drafted by the company in this matter and presented by their general counsel to my client particularly the NQSOs which seems to be the sole reliance on this idea that there is no obligation in a total integrated Package under any manner whatsoever that my client had any entitlement or expectation of entitlement To have his shares registered and to be able to benefit By that registration in terms of the value of those stock that would be issued pursuant to those options the Employment agreement in terms of you want to see is is the defendant careful the employment agreement Prepared by the defendant has that integration clause in his carefully drafted So to say that somehow they left it off or you should write it into this other agreement is simply inaccurate Where is that in the record your honor that is? excerpt of record 49 Subparagraph D So your point is that in the original employment agreement they knew how to put in an integration clause Absolutely, or left that out of the and the generator somehow the general counsel missed missed it when he was having discussions of convincing my client Why he needed to sign these NQSOs in October of 2000 in order to get the registration statement filed Which they ultimately then scratch his name off the list. He doesn't get the benefit of the bargain Those that is a direct frustration in Terms of the implied covenant good faith and fair dealing both on a contract claim and on a tort claim That is ten of the claims that were dismissed by the district court just off the face of it and that's the frustration of the bargain that my client had that he no longer has a remedy for by the court's analysis in terms of the integration itself just to close up with one last argument it would appear that Opposing counsel wants you to to say that that Sullivan which is an MSJ case So there was actually evidence presented discovery conducted should control we do sighting the truck exchange in Nevada Which though it's an old case 1955 and also Sierra diesel that those those are questions of fact in terms of is a Agreement integrated and in this case we actually have a series of agreements that need to be looked at Okay, thank you very much for your argument The case of doing versus MTR gaming group is now submitted
judges: Dw Nelson, W. Fletcher, Alsup